IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONTINENTAL MATERIALS, INC.** : | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| **VEER PLASTICS PRIVATE LIMITED,** | : | NO. 2:22-cv-3685-MRP |
| and **MARK HINTERLONG** | : | |
| Defendants. | : | |

## ORDER

**NOW,** this 4th day of April, 2023, it is hereby **ORDERED** that Veer Plastic Limited's Motion to Compel Arbitration or, in the Alternative, Dismiss Plaintiff's Complaint (ECF No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Veer Plastics Private Limited are **DISMISSED**.

BY THE COURT:

_____
Hon. Mia R. Perez

7